Martin et al v. Directors Guild of America, The et al
Case 1:06-cv-00609-REB-MJW   Document 2   Filed 04/06/2006   Page 1 of 3
Doc. 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00609-MSK-MJW

KEVIN MARTIN,
WESTERN STATES EXCAVATION PIPE AND BORING, LLC,
FRONTLINE EQUIPMENT AND TRUCKS, LLC,
FAMILY SHIELD TECHNOLOGIES, LLC,
WESTERN STATES EXCAVATION, LLC d/b/a WESTERN MINING,
DESIGN BUILT HOMES, LLC,
CONTRACTOR OUTLET SUPPLY PLUS LLC d/b/a COS-PLUS, and
HUGE FINANCIAL, LLC,

      Plaintiffs,

v.

THE DIRECTORS GUILD OF AMERICA,
MARTHA COOLIDGE,
STEVEN SODERBERGH,
ROBERT ALTMAN,
MICHAEL APTED,
TAYLOR HACKFORD,
CURTIS HANSON,
NORMAN JEWISON,
JOHN LANDIS,
MICHAEL MANN,
PHILLIP NOYCE,
BRAD SILBERLING,
BETTY THOMAS,
IRWIN WINKLER
MARTIN SCORSESE,
STEVEN SPIELBERG,
ROBERT REDFORD,
SYDNEY POLLACK,
METRO-GOLDEN-MEYER STUDIOS, INC., collectively, together with their subsidiaries,
TIME WARNER ENTERTAINMENT CO. L.P., collectively, together with their subsidiaries,
SONY PICTURES ENTERTAINMENT, collectively, together with their subsidiaries,
DISNEY ENTERPRISES, INC., collectively, together with their subsidiaries,
DREAMWORKS L.L.C., collectively, together with their subsidiaries,
UNIVERSAL CITY STUDIOS, INC., collectively, together with their subsidiaries,
TWENTITH CENTURY FOX FILM CORP., collectively, together with their subsidiaries,
PARAMONT PICTURES CORPORATION, collectively, together with their subsidiaries,

TUSCANY, LLC,
TUSCANY REAL ESTATE, LLC,
TUSCANY CONSTRUCTION AND DEVELOPMENT SERVICES, LLC d/b/a TCDS,
TUSCANY PARCEL 2 LLC,
TUSCANY LAND DEVELOPMENT, LLC,
JAMES HOMES INC,
JAMES L. MARTIN,
THE ESTATE OF WILLIAM L. NEAL,
KELLY L. BELDEN,
SECURITY TITLE GUARANTEE CORPORATION OF BALTIMORE, collectively, together with their subsidiaries,
JOHN B. FORD,
CARL FORD,
BRENT DAVID ELLINGSON,
GERALD L. JORGENSEN esq.,
THEODORE JOSEPH FINN esq.,
JORGENSEN MOTYCKA AND LEWIS P.C.,
DEAN M. ELKINS,
CHAD ELKINS,
ELKINS EQUIPMENT AND MACHINERY INC.,
KELLY S. BEGG,
GARY M. BEGG,
ROBERT ADAIR GREEN,
BCORP HOLDINGS COLORADO INC., collectively, together with their subsidiaries,
BCORP - HRT LLC, collectively, together with their subsidiaries,
BCORP TUSCANY LLC as nominee, collectively, together with their subsidiaries,
BCORP MANAGEMENT INC, collectively, together with their subsidiaries,
BCORP TUSCANY TOWNHOMES LLC as nominee, collectively, together with their subsidiaries,
BCORP VISTAS LLC, as nominee, collectively, together with their subsidiaries,
DAVID SCOTT PRINCE esq.,
DOUGLAS A. KARET esq.,
HOLLAND AND HART P.C.,
GLH CONSTRUCTION INC.,
GREGORY LYNN HUGHES,
COLUMBINE EQUIPMENT,
JIM BROWN,
BILL BIETZ,
RICHARD THOMAS LAPUMA esq.,
LIND, LAWRENCE AND OTTENHOFF,
RICHARD D. SCHMER,
STEVEN M. SCHMER,
LUKE SANTANGELO, esq.,
SANTANGELO LAW OFFICES, P.C.,
JOHN MICHAEL STONE,

JOANNA M. STONE,
TUSCANY LLC et al, and
"DOE DEFENDANTS" 1-15,

       Defendants.

## ORDER TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

       THIS MATTER comes before the Court *sua sponte* on a Provisional Complaint for Damages and Foreclosure [sic] of Mechanics Lien **(#1)** filed April 3, 2006. There are no allegations in the Complaint which support this Court's exercise of subject matter jurisdiction.

       **IT IS THEREFORE ORDERED** that all claims are **DISMISSED**. The Clerk of Court is directed to close this case.

       Dated this 6th day of April, 2006

                                        **BY THE COURT:**

                                        Marcia S. Krieger
                                        United States District Judge