IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00609-MSK-MJW

KEVIN MARTIN,
WESTERN STATES EXCAVATION PIPE AND BORING, LLC,
FRONTLINE EQUIPMENT AND TRUCKS, LLC,
FAMILY SHIELD TECHNOLOGIES, LLC,
WESTERN STATES EXCAVATION, LLC d/b/a WESTERN MINING,
DESIGN BUILT HOMES, LLC,
CONTRACTOR OUTLET SUPPLY PLUS LLC d/b/a COS-PLUS, and
HUGE FINANCIAL, LLC,

       Plaintiffs,

v.

THE DIRECTORS GUILD OF AMERICA,
MARTHA COOLIDGE,
STEVEN SODERBERGH,
ROBERT ALTMAN,
MICHAEL APTED,
TAYLOR HACKFORD,
CURTIS HANSON,
NORMAN JEWISON,
JOHN LANDIS,
MICHAEL MANN,
PHILLIP NOYCE,
BRAD SILBERLING,
BETTY THOMAS,
IRWIN WINKLER
MARTIN SCORSESE,
STEVEN SPIELBERG,
ROBERT REDFORD,
SYDNEY POLLACK,
METRO-GOLDEN-MEYER STUDIOS, INC., collectively, together with their subsidiaries,
TIME WARNER ENTERTAINMENT CO. L.P., collectively, together with their subsidiaries,
SONY PICTURES ENTERTAINMENT, collectively, together with their subsidiaries,
DISNEY ENTERPRISES, INC., collectively, together with their subsidiaries,
DREAMWORKS L.L.C., collectively, together with their subsidiaries,
UNIVERSAL CITY STUDIOS, INC., collectively, together with their subsidiaries,
TWENTITH CENTURY FOX FILM CORP., collectively, together with their subsidiaries,
PARAMONT PICTURES CORPORATION, collectively, together with their subsidiaries,

TUSCANY, LLC,
TUSCANY REAL ESTATE, LLC,
TUSCANY CONSTRUCTION AND DEVELOPMENT SERVICES, LLC d/b/a TCDS,
TUSCANY PARCEL 2 LLC,
TUSCANY LAND DEVELOPMENT, LLC,
JAMES HOMES INC,
JAMES L. MARTIN,
THE ESTATE OF WILLIAM L. NEAL,
KELLY L. BELDEN,
SECURITY TITLE GUARANTEE CORPORATION OF BALTIMORE, collectively, together with their subsidiaries,
JOHN B. FORD,
CARL FORD,
BRENT DAVID ELLINGSON,
GERALD L. JORGENSEN esq.,
THEODORE JOSEPH FINN esq.,
JORGENSEN MOTYCKA AND LEWIS P.C.,
DEAN M. ELKINS,
CHAD ELKINS,
ELKINS EQUIPMENT AND MACHINERY INC.,
KELLY S. BEGG,
GARY M. BEGG,
ROBERT ADAIR GREEN,
BCORP HOLDINGS COLORADO INC., collectively, together with their subsidiaries,
BCORP - HRT LLC, collectively, together with their subsidiaries,
BCORP TUSCANY LLC as nominee, collectively, together with their subsidiaries,
BCORP MANAGEMENT INC, collectively, together with their subsidiaries,
BCORP TUSCANY TOWNHOMES LLC as nominee, collectively, together with their subsidiaries,
BCORP VISTAS LLC, as nominee, collectively, together with their subsidiaries,
DAVID SCOTT PRINCE esq.,
DOUGLAS A. KARET esq.,
HOLLAND AND HART P.C.,
GLH CONSTRUCTION INC.,
GREGORY LYNN HUGHES,
COLUMBINE EQUIPMENT,
JIM BROWN,
BILL BIETZ,
RICHARD THOMAS LAPUMA esq.,
LIND, LAWRENCE AND OTTENHOFF,
RICHARD D. SCHMER,
STEVEN M. SCHMER,
LUKE SANTANGELO, esq.,
SANTANGELO LAW OFFICES, P.C.,
JOHN MICHAEL STONE,

JOANNA M. STONE,
TUSCANY LLC et al, and
"DOE DEFENDANTS" 1-15,

      Defendants.

## RECUSAL ORDER

THIS MATTER arises *sua sponte*. The undersigned finds that grounds exist pursuant to 28 U.S.C. § 455 and the CODE OF CONDUCT FOR UNITED STATES JUDGES which require her recusal in this matter. Due to the undersigned's friendship with one of the Defendants, it is

**ORDERED** that the undersigned judge hereby recuses herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court and shall appropriately adjust the "draw" of future cases.

Dated this 12th day of April, 2006

                                        **BY THE COURT:**

                                        */s/ Marcia S. Krieger*

                                        Marcia S. Krieger
                                        United States District Judge