**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00609-REB-MJW

KEVIN MARTIN, et al.,

    Plaintiffs,

v.

THE DIRECTORS GUILD OF AMERICA, et al.,

    Defendants.

## ORDER ADOPTING RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matters before are (1) the magistrate judge's **Recommendation on Plaintiffs' Motion for Reconsideration of Dismissal of Complaint on 4/6/2006 (Docket No. 3)** [#9], filed April 28, 2006; and (2) plaintiffs' objections as stated in their **Response to Recommendation on Plaintiffs' Motion for Reconsideration of Dismissal of Complaint on 4/6/2006 (Docket No. 3)** [#10], filed May 9, 2006. I overrule the objections and approve and adopt the recommendation.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which cognizable objections have been filed, and have considered carefully the recommendation, the objections, and the applicable case law. In addition, because plaintiffs are proceeding *pro se*, I have construed their pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers.

*See Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).[1]  The recommendation is detailed and well-reasoned.[2]  Plaintiffs' objections are imponderous and without merit. Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the magistrate judge's **Recommendation on Plaintiffs' Motion for Reconsideration of Dismissal of Complaint on 4/6/2006 (Docket No. 3)** [#9], filed April 28, 2006, is **APPROVED AND ADOPTED** as an order of this court; and

      2.  That  plaintiffs' objections to the recommendation contained in their **Response to Recommendation on Plaintiffs' Motion for Reconsideration of Dismissal of Complaint on 4/6/2006 (Docket No. 3)** [#10], filed May 9, 2006, are **OVERRULED** and **DENIED**.

      Dated May 16, 2006, at Denver, Colorado.

                                      **BY THE COURT:**

                                      **s/ Robert E. Blackburn**
                                      **Robert E. Blackburn**
                                      **United States District Judge**

---

[1]  Although I refer to plaintiffs in the plural, I agree with the magistrate judge's conclusion that the corporate plaintiffs cannot be represented before this court other than by counsel.  (Recommendation at 2.)

[2]  I note that while not pleaded as a basis for federal jurisdiction, plaintiffs have alleged federal RICO claims against several of the defendants.  Nevertheless, even reading the complaint liberally, it fails to allege all the elements of a RICO claim, much less with the particularity required by Rule 9(b).  *See Farlow v. Peat,  Marwick,  Mitchell & Co.*,  956 F.2d 982, 989 (10th Cir. 1992); *Brooks v. Bank of Boulder*, 891 F.Supp. 1469, 1476 (D. Colo. 1995).